# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOO M. KO, | CASE NO.: 8:19-cv-01963-AG-DFM |
| Plaintiff, | *Hon. Andrew J. Guilford* |
| vs. | **JUDGMENT** |
| U.S. BANK TRUST, N.A., as TRUSTEE for LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

On October 24, 2019, this Court entered an order dismissing Plaintiff Do M. Koo's ("Plaintiff") Complaint on the merits and with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1. That this entire action is dismissed with prejudice; and

2. That judgment be entered in favor of defendants U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. as to each and every claim, and that Plaintiff takes nothing by way of his claims.

**IT IS SO ORDERED.**

Dated: October 25, 2019

Hon. Andrew J. Guilford
United States Magistrate Judge