# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOO M. KO, | CASE NO.: 8:19-cv-01963-AG-DFM |
| Plaintiff, | *Hon. Andrew J. Guilford* |
| vs. | **AMENDED JUDGMENT** |
| U.S. BANK TRUST, N.A., as TRUSTEE for LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

On October 24, 2019, this Court entered an order dismissing Plaintiff Do M. Koo's ("Plaintiff") Complaint on the merits and with prejudice. The Court also ordered sanctions against Plaintiff in the amount of $500.

On November 15, 2019, this Court ordered additional sanctions against Plaintiff in the amount of $5,000.

**IT IS THEREFORE ADJUDGED:**

1. That judgment be entered in favor of defendants U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. ("Defendants") as to each and every claim, and that Plaintiff takes nothing by way of his claims.

2. That judgment be entered in favor of Defendants in the amount of $5,500 pursuant to the sanctions orders entered on October 24, 2019 and November 15, 2019.

**IT IS SO ORDERED.**

Dated: January 28, 2020

Hon. Andrew J. Guilford
United States Magistrate Judge